FILED
January 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002340929

BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

THOMAS RUIZ and
NORA E. RUIZ,

    Debtors.

Case No. 09-18008-A-7

DC No. BMS-1

**MOTION FOR APPROVAL OF SALE OF PERSONAL PROPERTY**

Date: February 17, 2010
Time: 9:00 a.m.
Dept. A, Hon. Whitney Rimel

    Beth Maxwell Stratton, Chapter 7 Trustee ("Trustee"), represents:

    1.    Thomas Ruiz and Nora E. Ruiz, ("Debtors"), filed their Chapter 7 bankruptcy petition on August 21, 2009. Trustee is the duly appointed, qualified and acting Trustee in this case.

    2.    This court has jurisdiction over this motion by virtue of 28 U.S.C. section 1334 and 11 U.S.C. section 363. This is a core matter under 28 U.S.C. section 157(b)(2)(A) & (N).

    3.    The assets of the estate include a 2004 Keystone Springdale travel trailer ("trailer").

    4.    Trustee researched the value for the trailer and determined the value to be approximately $11,000.00.

    5.    Debtors have claimed an exemption of $7,000.00 in the trailer.

    6.    Trustee has agreed to sell the non-exempt equity in the trailer to the Debtors for the sum of $3,000.00. Trustee has received the sum of $3,000.00 from the Debtors.

7. After considering the Blue Book value, Trustee believes that the above is the best price that Trustee can obtain and Trustee believes that it is in the best interest of the estate to sell the trailer to the Debtors according to the terms as set forth above. Trustee believes that no price can be obtained for the vehicle which would net a greater amount to the estate.

8. There are no liens on the trailer.

9. Trustee will not incur a tax liability as a result of the sale.

WHEREFORE, Trustee prays that she be authorized to sell the trailer to the Debtors as set forth above.

Dated: January 9, 2010

_____
BETH MAXWELL STRATTON, Trustee